UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELIJAH BENTON, JR., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>YRC WORLDWIDE, INC. d/b/a )<br>YELLOW TRANSPORTATION, INC., )<br>and YELLOW TRANSPORTATION, )<br>INC., )<br>)<br>    Defendants. ) | No. 3:08-0886<br>JUDGE ECHOLS |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendants' Motion For Summary Judgment (Docket Entry No. 20) is hereby GRANTED.

This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

                                      ROBERT L. ECHOLS
                                      UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **ELIJAH BENTON, JR.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**YRC WORLDWIDE, INC. d/b/a** )<br>**YELLOW TRANSPORTATION, INC.,** )<br>**and YELLOW TRANSPORTATION,** )<br>**INC.,** )<br>)<br>Defendants. ) | No. 3:08-0886<br>JUDGE ECHOLS |

## MEMORANDUM / ORDER

Defendants YRC Worldwide, Inc. and Yellow Transportation, Inc. (collectively "Yellow") filed a Motion For Summary Judgment (Docket No. 20), to which Plaintiff Elijah Benton, Jr., ("Benton") filed a response in opposition (Docket Entry No. 27), and Yellow filed a reply (Docket Entry No. 31) of this Order on the docket shall constitute entry of final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a). Benton is an African American male who is 58 and resides in Montgomery County, Tennessee. Yellow is located in Davidson County, Tennessee. Between August and October 2007, Yellow employed Benton as a part-time or "casual" forklift driver on its loading dock. Benton claims Yellow disciplined him and ultimately terminated his employment because of race discrimination and that Yellow subjected him to a racially hostile work environment. Benton brings his claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; 42 U.S.C. § 1981; and the Tennessee Human Rights Act, Tenn. Code Ann. § 4-21-101 *et seq.* (hereinafter "THRA"). Benton seeks compensatory and punitive damages, front pay, back pay, injunctive relief, attorney's fees, costs, and prejudgment interest.

Defendants' Motion For Summary Judgment (Docket No. 20) is hereby GRANTED. This case is hereby DISMISSED WITH PREJUDICE.

It is SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

1